

**Service of Process Transmittal**
12/04/2020
CT Log Number 538692122

**TO:** Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

**RE:** Process Served in Louisiana

**FOR:** Target Corporation of Minnesota  (Assumed Name)  (Domestic State: MN)
Target Corporation (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Karen Brannan, et al., Pltfs. vs. Target Corporation of Minnesota, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # C699269 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/04/2020 at 09:05 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/04/2020, Expected Purge Date: 12/09/2020 |
| | Image SOP |
| | Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of 1 / MG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

SERVICE COPY



D5413315

# CITATION

**KAREN BRANNAN, ET AL**
(Plaintiff)

VS

**TARGET CORPORATION OF MINNESOTA, ET AL**
(Defendant)

NUMBER C-699269   SEC. 26

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   TARGET CORPORATION OF MINNESOTA
      THROUGH ITS AGENT FOR SERVICE OF PROCESS:
      CT CORPORATION
      3867 PLAZA TOWER DRIVE
      BATON ROUGE, LA 70816

GREETINGS:

   Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
   You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
   This citation was issued by the Clerk of Court for East Baton Rouge Parish on **NOVEMBER 24, 2020**.

Magan Harris

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: MEREDITH, C LOCKE, JR**
                     (225) 272-5555

RECEIVED
DEC 03 2020
CLERK'S OFFICE

*The following documents are attached:
**LETTER REQUESTING SERVICE; PETITION FOR DAMAGES**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE: $_____
MILEAGE $_____         _____
TOTAL:   $_____               Deputy Sheriff
                             Parish of East Baton Rouge

CITATION-2000

EAST BATON ROUGE PARISH   C-699269
Filed Nov 24, 2020 11:16 AM      26
Deputy Clerk of Court
E-File Received Nov 24, 2020 10:18 AM

# LOCKE MEREDITH
# SEAN FAGAN AND ASSOCIATES

*ATTORNEYS-AT-LAW*

1300 Millerville
Baton Rouge, LA 70816
www.LockeMeredithLaw.com

Phone (225) 272-5300
Toll Free 1-800-479-9223
Fax (225) 272-5990

**VIA CIVIL E-FILE**
November 24, 2020

Honorable Doug Welborn
**Clerk of Court - Parish of East Baton Rouge**
300 North Boulevard
Baton Rouge, LA 70821

RE:   Karen Brannan, et al v. Target Corporation of Minnesota, et al
      Suit Number: 699,269        Section: 26

To Whom it May Concern,

On or about August 31, 2020, we filed the above captioned "Petition for Damages" with the Clerk of Court for the Parish of East Baton Rouge. Service of process on Defendants, Target Corporation of Minnesota and Antoinette Klima was held. By means of this letter, we hereby request that service be made upon the defendant, as listed below.

1)   **TARGARET CORPORATION OF MINNESOTA**
     Through its agent for service of process
     CT Corporation System
     3867 Plaza Tower Drive
     Baton Rouge, LA 70816

2)   **ANTOINETTE KLIMA**
     5960 Siegen Lane, Apt. 1107
     Baton Rouge, LA 70809

Thank you for your attention to this matter, and I look forward to hearing from you.

Sincerely,

**LOCKE MEREDITH, SEAN FAGAN & ASSOCIATES**
Attorneys-At-Law

Mitchell Meredith
MM/tp

EAST BATON ROUGE PARISH   C-699269
Filed Aug 31, 2020 11:27 AM     26
Deputy Clerk of Court
E-File Received Aug 31, 2020 9:42 AM

| | |
|---|---|
| KAREN BRANNAN AND MICHAEL BRANNAN | SUIT NO.: _____ DIVISION: _____ |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| TARGET CORPORATION OF MINNESOTA, ANTOINETTE KLIMA AND XYZ INSURANCE COMPANY | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

The petition of Karen Brannan and Michael Brannan, residents of the lawful age of the Parish of Ascension, State of Louisiana, who respectfully represents that:

1.

Made defendants herein are:

a. **TARGET CORPORATION (and/or Target Corporation of Minnesota),** and/or an affiliate thereof, a foreign business corporation authorized to do and doing business in the State of Louisiana, with a registered office in East Baton Rouge Parish, Louisiana;

b. **ANTOINETTE KLIMA**, who upon information and belief is an individual of the full age of majority and a resident of the State of Louisiana whose an executive team leader and/or manager at Target; and

c. **XYZ INSURANCE COMPANY**, and/or an affiliate thereof, an insurance company, authorized to do and doing business in the State of Louisiana.

All of whom are liable in solido, jointly and severally, or, alternatively, individually and severally unto petitioners for all damages sustained by them as a result of the accident described hereinafter, together with legal interest from date of judicial demand until paid, and all costs of these proceedings, for reasons stated as follows:

2.

Based upon information and belief, Defendant, Target Corporation of Minnesota (hereinafter "Target" and/or "Target Corporation") was, at the time of the accident sued upon herein and at all times pertinent hereto, the operator of the Super Target Store # 1369 located at 6885 Siegen Lane, in Baton Rouge, Louisiana (hereafter "Store # 1369" "Store" and/or "Target") and is liable and responsible unto Petitioners for the incident and all damages alleged herein.


Certified True and Correct Copy
CertID: 2020112401419

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/24/2020 3:49 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

3.

Based upon information and belief, the subject store was under the custody, guard and care of defendant, Target Corporation, at the time of the accident sued upon herein and at all times pertinent hereto.

4.

Additionally, based upon information and belief, Target Corporation was at the time of the accident sued upon herein and at all times pertinent hereto the owner of Store # 1369 located at 6885 Siegen Lane, in Baton Rouge, Louisiana and is liable and responsible unto Petitioners, accident and all damages alleged herein.

5.

On or about August 31, 2019, Petitioner, Karen Brannan, was a patron at the Super Target Store # 1369 located at 6885 Siegen Lane in East Baton Rouge Parish, State of Louisiana.

6.

As Ms. Brannan was carefully and prudently walking in the intimate department of the women's clothing section of the store, she suddenly and without any warning tripped over a protruding clothing rack leg at ground-level, causing her to suddenly fall and sustain injuries.

7.

Upon information and belief, defendant, Antoinette Klima, was an employee and/or manager of defendant, Target, and was acting in the course of scope and employment at the time of the subject accident.

8.

As the employer of Antoinette Klima, Target is/are jointly, severally, solidarily and vicariously liable and responsible for the acts of negligence and damages caused by its employee during the course and scope of said employee's employment under the doctrine of *respondeat superior*.

Certified True and Correct Copy
CertID: 20201124014199

Magan Harvi
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/24/2020 3:49 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

9.

It is believed that on August 31, 2019, Antoinette Klima was responsible for overseeing Target's intimate women's clothing section and ensuring that it remained in an orderly fashion and free of any hazards, vices, defects and/or unreasonable risk(s) of harm.

10.

Upon information and belief, on August 31, 2019, and at all times pertinent hereto, Antoinette Klima was responsible for preparing, arranging and/or assembling the women's clothing racks and/or designing the women's clothing floor plan and placement of said clothing racks.

11.

Furthermore, Target, through its employee(s) and/or authorized agent(s) (such as Antoinette Klima), was/were responsible for ensuring the premises and floors in the area in which Plaintiff, Karen Brannan's injuries occurred were in a safe condition for all shoppers, customers, and business invitees shopping at said location.

12.

At the time of the subject accident, it was the responsibility of Target, through its employee(s) and/or authorized agent(s) (such as Antoinette Klima), to take measures to ensure that persons such as Karen Brannan were warned about and/or protected against unreasonable hazards/risks of harm, such as the subject matter sued upon, herein, which Defendant(s) failed to do.

13.

The subject accident and Plaintiff's resulting injuries and damages were caused solely and proximately by the negligence and/or fault of Target, through its employee(s) and/or authorized agent(s) (such as Antoinette Klima), said negligence and/or fault consisting of, but not limited to, the following:

a. Failing to establish and implement adequate inspection procedures for the discovery and elimination of hazards;

b. Failing to identify and remedy the hazard(s) and/or unreasonable risks of harm, which caused Karen Brannan to fall;


**Certified True and Correct Copy**
CertID: 2020112401419

Magan Harris

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/24/2020 3:49 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

c.  Failing to exercise reasonable care;

d.  Failing to prevent the subject accident;

e.  Failing to warn customers regarding the hazard, which caused Karen Brannan to fall;

f.  Negligently causing and/or creating the unreasonable risk of harm/hazard(s) that caused Karen Brannan to violently fall;

g.  Failing to exercise reasonable care to keep its aisles, passageways, and floors in a reasonable safe condition;

h.  Negligently hiring, supervising and/or training employees;

i.  Failing to remedy and eliminate the unreasonable risk of harm/hazard within a reasonable amount of time after causing and/or discovering the same;

j.  Failing to maintain its premise in a safe condition for use in a manner consistent with purposes for which premises are intended; and

k.  Any and all other acts of negligence and/or fault to be proven at the trial of this matter.

14.

Plaintiffs, aver that defendant(s), Target Corporation of Minnesota, or in the alternative an affiliate thereof, Antoinette Klima, and XYZ Insurance Company, or in the alternative an affiliate thereof, are liable for all such injuries and damages under the doctrine of *res ipsa loquitur*, as the circumstances surrounding this incident are such that they would not normally occur in the absence of negligence, the negligent condition of floor and placement of the clothing rack was in the exclusive control of Target (through is employees and managers) and the negligence falls within the duty of care owed to patrons, such as Karen Brannan.

15.

The subject accident was not caused or contributed to by any act or omission on the part of Karen Brannan, and it is specifically alleged that Plaintiff reasonably assumed that this particular area of the aisle was free of any hazards and/or unreasonable risks of harm.

16.

Karen Brannan sustained physical and mental injuries as a direct consequence of the subject accident, including, but not limited to:

a.  Cervical, lumbar, thoracic, and sacroiliac ligament, muscle and spinal injuries;

b.  Pain and stiffness;

c.  Muscle spasms (multiple sites);


Certified True and Correct Copy
CertID: 20201124401419

Magan Harris
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/24/2020 3:49 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

    d.  Leg, knee and foot pain and discomfort;

    e.  Headaches;

    f.  Mental anguish;

    g.  Numerous bruises/contusions; and

    h.  Any and all other injuries not listed above but having been caused by the subject accident.

17.

Petitioner, Karen Brannan, is entitled to recover damages for the following:

    a.  Physical pain and discomfort;

    b.  Mental pain and discomfort;

    c.  Mental anguish;

    d.  Functional and anatomical disability;

    e.  Loss of earnings and earning capacity

    f.  Loss of enjoyment of life;

    g.  Travel expenses; and

    h.  Inability to engage in and enjoy personal, social and recreational activities.

18.

Petitioner has incurred and will continue to incur medical expenses to diagnose and treat the injuries she sustained as a direct consequence of the subject accident.

19.

Petitioner, Michael Brannan, the husband of Karen Brannan, has witnessed the suffering and severe physical and mental pain of his wife, Karen Brannan, and has suffered severely from the loss of her love, society, services, work, and affection as a result of her injuries; therefore, defendants are liable unto Michael Brannan for his loss of consortium with Petitioner, Karen Brannan, and for the emotional and mental distress he has suffered in the past and continues to suffer.

20.

At the time of the accident, defendants, Target Corporation and Antoinette Klima were covered by a policy of liability insurance issued by XYZ Insurance Company; and therefore, XYZ


**Certified True and Correct Copy**
CertID: 2020112401419

Megan Harris
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/24/2020 3:49 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Insurance Company is liable in solido with Target Corporation and Antoinette Klima for all damages sustained by petitioners as a result of the incident noted above.

21.

Petitioners demand damages from defendants as are reasonable and appropriate for the injuries and additional losses sustained by them.

**WHEREFORE, PETITIONERS PRAY** that all defendants herein named be served with a copy of this petition, and that they be cited to appear and answer the same and after all due proceedings, there be judgment in favor of petitioners, Karen Brannan and Michael Brannan, and against the defendants, Target Corporation of Minnesota, Antoinette Klima and XYZ Insurance Company for all damages sustained by petitioners, jointly, severally, and in solido, or, alternatively, individually and severally, together with legal interest from date of judicial demand until paid, and all costs of these proceedings.

All of which is respectfully submitted:

By Attorneys:
**LOCKE MEREDITH, SEAN FAGAN & ASSOCIATES**
A Professional Law Corporation
1300 Millerville Road
Baton Rouge, Louisiana 70816
(225) 272-5300 Phone
(225) 272-5990 Fax
(225) 272-5990

_____
Locke Meredith, Bar Roll Number 18339
Sean D. Fagan, Bar Roll Number 20806
Collins Meredith, Bar Roll Number 35915
Mitchell Meredith, Bar Roll Number 37229

**PLEASE HOLD SERVICE AT THIS TIME:**

1. **TARGET CORPORATION OF MINNESOTA**
2. **ANTOINETTE KLIMA**
3. **XYZ INSURANCE COMPANY**



Certified True and Correct Copy
CertID: 2020112401419

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/24/2020 3:49 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).