UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KAREN BRANNAN, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **TARGET CORPORATION OF MINNESOTA, ET AL.** | **NO. 21-00274-BAJ-SDJ** |

## RULING AND ORDER

Before the Court is Plaintiffs' **Motion to Remand (Doc. 4).** The Motion is unopposed. (*See* Doc. 16; Doc. 19). The Magistrate Judge has issued a **Report and Recommendation (Doc. 18)** recommending that the Court grant Plaintiffs' Motion to Remand (Doc. 4) and remand this matter to the Nineteenth Judicial District Court for all further proceedings. (Doc. 18, p. 3). Additionally, the Magistrate Judge recommends that the Court deem Plaintiffs' Stipulation regarding "limitation of damages" legally sufficient. (Doc. 12; Doc. 18, p. 3). There are no objections to the Report and Recommendation.

Having carefully considered the underlying state court record, the Motion at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiffs' **Stipulation Regarding Limitation of Damages (Doc. 12)** is deemed legally sufficient.

**IT IS FURTHER ORDERED** that Plaintiffs' **Motion to Remand (Doc. 4)** is **GRANTED.**

19th JDC Certified

**IT IS FURTHER ORDERED** that the above-captioned matter be and is hereby **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Baton Rouge, Louisiana, this 6th day of October, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**